UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE SCALIA,<br>Secretary of Labor<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., et al.<br><br>        Defendants. | No. 1:19-cv-2793-JPO |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff Eugene Scalia and Defendant Wilmington Trust, N.A., have reached a settlement and memorialized it in a written agreement. The Stargate Apparel, Inc. Employee Stock Ownership Plan was named as a defendant pursuant to Federal Rule of Civil Procedure 19(a) solely to assure that complete relief can be granted, and is not a signatory to the agreement. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that the above-captioned matter be dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated: April 30, 2020

Respectfully Submitted,

  /s/ Jeffrey Hahn
Blair Byrum
Isidro Mariscal
Office of the Solicitor
U.S. Department of Labor
P.O. Box 1914
Washington, D.C. 20013
Tel: (202) 693-5695
Fax: (202) 693-5610
Email: hahn.jeffrey.m@dol.gov
*Attorneys for the Secretary*


       /s/ Michael Prame
Michael Prame
Mark Nielsen
Andrew Salek-Raham
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Telephone: (202) 861-0620
Facsimile: (202) 659-4503
Email: mjp@groom.com
*Attorneys for Wilmington Trust, N.A.*