UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) No. 1:19-cv-2793-JPO |
| v. | ) ) ) ) |
| WILMINGTON TRUST, N.A., et al. | ) ) |
| Defendants. | ) ) ) |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiff Eugene Scalia and Defendant Wilmington Trust, N.A., have reached a settlement and memorialized it in a written agreement.  The Stargate Apparel, Inc. Employee Stock Ownership Plan was named as a defendant pursuant to Federal Rule of Civil Procedure 19(a) solely to assure that complete relief can be granted, and is not a signatory to the agreement.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that the above-captioned matter be dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated: April 30, 2020

    Respectfully Submitted,

    */s/ Jeffrey Hahn*
    Jeffrey Hahn
    Blair Byrum
    Isidro Mariscal
    Office of the Solicitor
    U.S. Department of Labor
    P.O. Box 1914
    Washington, D.C. 20013
    Tel: (202) 693-5695
    Fax: (202) 693-5610
    Email: hahn.jeffrey.m@dol.gov
    *Attorneys for the Secretary*

    */s/ Michael Prame*
    Michael Prame
    Mark Nielsen
    Andrew Salek-Raham
    GROOM LAW GROUP, CHARTERED
    1701 Pennsylvania Ave. NW
    Washington, DC 20006
    Telephone: (202) 861-0620
    Facsimile: (202) 659-4503
    Email: mjp@groom.com
    *Attorneys for Wilmington Trust, N.A.*